■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SCOTT SASLAW, Appellant. [647 NYS2d 474] —Judgment, Supreme Court, New York County (Antonio Brandveen, J.), rendered October 25, 1994, convicting defendant, after a nonjury trial, of driving while ability impaired and aggravated unlicensed operation of a motor vehicle in the first degree, and sentencing him to 6 months imprisonment and $4^1/2$ years probation, unanimously affirmed. The case is remitted to Supreme Court, New York County for further proceedings pursuant to CPL 460.50 (5).

Quite apart from the issue of whether an *Alford/ Serrano* plea would have been available, defendant's claim of ineffective assistance of trial counsel cannot be reviewed on this record, which is silent on the issue of counsel's alleged failure (*see, People v Reed*, 152 AD2d 481). Concur—Sullivan, J. P., Ellerin, Ross, Nardelli and Andrias, JJ.